**INTAMIN, LTD., Plaintiff–Appellant,**

v.

**MAGNETAR TECHNOLOGIES CORP., Defendant–Appellee.**

**No. 2010–1003.**

United States Court of Appeals, Federal Circuit.

Dec. 10, 2010.

Ted S. Ward, Berke, Kent & Ward LLP, of Los Angeles, California, argued for plaintiff-appellant.

John B. Sganga, Jr., Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for defendant-appellee. With him on the brief were Paul A. Stewart, Joseph S. Cianfrani, David G. Jankowski and Christopher L. Ross.

Before RADER, Chief Judge, PLAGER and GAJARSA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**